UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL GREEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LARRY GOODMAN et al,<br><br>　　　　Defendant._____/ | Case Number: CV07-03050 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lonzell Green #H-09191
Kern Valley State Prison
Post Office Box 5101 - FA8/229
Delano, CA 93216-5101

Dated: November 28, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk