IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONZELL GREEN,　　　　　　　　　　　　　　　　No. CV 07-03050 TEH

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

LARRY GOODMAN,

      Defendant.
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(XX)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim.

Dated: 11/28/07　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: R.B. Espinosa
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk